UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-61586-CIV-MARTINEZ/BROWN

MYRNA EISENBERG, Individually and on
Behalf of All Others Similarly Situated,

          Plaintiff,         CLASS REPRESENTATION

vs.

MCNEIL CONSUMER HEALTHCARE, a
division of MCNEIL-PPC, INC.,

          Defendant.
_____/

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Myrna Eisenberg and Defendant McNeil Consumer Healthcare, a division of McNeil-PPC, Inc., by their respective undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action be dismissed without prejudice, with each party to bear its own fees and costs.

DATED:  October 5, 2010          ROBBINS GELLER RUDMAN & DOWD LLP
          STUART A. DAVIDSON
          FLORIDA BAR NO. 084824
          CULLIN A. O'BRIEN
          FLORIDA BAR NO. 597341
          MARK J. DEARMAN
          FLORIDA BAR NO. 982407

          *s/ Mark J. Dearman*
          Mark J. Dearman

          120 E. Palmetto Park Road, Suite 500
          Boca Raton, FL  33432
          Telephone:  561/750-3000
          561/750-3364 (fax)
          sdavidson@rgrdlaw.com
          cobrien@rgrdlaw.com
          mdearman@rgrdlaw.com

|  |  |
|---|---|
|  | THE GERSON LAW FIRM<br>STEVEN GERSON<br>8551 West Sunrise Blvd. Suite 300<br>Plantation, FL 33317<br>Telephone: 954/915-8888<br>954/915-9191 (fax)<br>sgerson@gersonlawfirm.com<br><br>Attorneys for Plaintiff and the Class |
| DATED:  October 5, 2010 | HUNTON & WILLIAMS LLP<br>SAMUEL A. DANON<br>FLORIDA BAR NO. 892671<br>PAULO R. LIMA<br>FLORIDA BAR NO. 0064364<br><br>　　　　　　　*s/ Paulo R. Lima*　　　　　　<br>　　　　　　Paulo R. Lima<br><br>1111 Brickell Avenue, Suite 2500<br>Miami, FL  33131<br>Telephone: 305/810-2500<br>305/810-2460<br>sdanon@hunton.com<br>plima@hunton.com<br><br>Attorneys for Defendant McNeil Consumer<br>　Healthcare |

2

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 5, 2010.

*s/ Mark J. Dearman*
MARK J. DEARMAN

ROBBINS GELLER RUDMAN
    & DOWD LLP
E-mail: mdearman@rgrdlaw.com