UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-61586-CIV-MARTINEZ-BROWN

MYRNA EISENBERG, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

MCNEIL CONSUMER HEALTHCARE, a
division of MCNEIL-PPC, INC.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal Without Prejudice (**D.E. No. 18**). It is:

**ADJUDGED** that this action is DISMISSED without prejudice. It is also:

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of October, 2010.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record